IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW GONZALES,

    Petitioner,

v.                                     No. CV 14-0241 KG/RHS

ROBERT STEWART,

    Respondent.

## JUDGMENT

This matter having come before the Court, *sua sponte* under rule 4 of the Rules Governing Section 2254 Cases, on Applicant's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254; and the Court having entered an order dismissing the application for lack of jurisdiction,

IT IS THEREFORE ORDERED that judgment is entered in favor of Respondent, and this proceeding is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE